THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
  Eric C. Mitchell, Appellant.
 
 
 

Appeal From York County
John C. Hayes III, Circuit Court Judge

Unpublished Opinion No.  2012-UP-328
Submitted May 1, 2012 – Filed May 30, 2012

APPEAL DISMISSED

 
 
 
 Appellate Defender Breen Richard Stevens, of
 Columbia, for Appellant.
 J. Benjamin Aplin, of Columbia, and
 Solicitor Kevin S. Brackett, of York, for Respondent.
 
 
 

PER CURIAM:  Eric C. Mitchell appeals his probation revocation,
 arguing the circuit court's questioning during the probation revocation hearing
 violated his due process rights and constituted a breach of the separation of
 powers doctrine.    After a thorough review of the record and all briefs
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.
WILLIAMS, THOMAS, and
 LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.